IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FERNIE MORENO | § | |
| VS. | § | CIVIL ACTION NO.   1:26-CV-95 |
| WARDEN, FCI BEAUMONT | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Michael J. Truncale, District Judge,

presiding, and, the issues having been considered and a decision having been rendered, it is

ORDERED and ADJUDGED that this petition for writ of habeas corpus is DISMISSED

without prejudice.  All motions not previously ruled on are DENIED.

**SIGNED this 3rd day of June, 2026.**

_____
Michael J. Truncale
United States District Judge